## 43841.   WRIGHT v. THE STATE.

EBERHARDT, Judge.   The only question raised is whether there is sufficient proof of venue in the record in this case to support the conviction.   We conclude that there is, since it positively appears from the testimony that the Belk-Rhodes Company, the business unlawfully broken into, was located at 238-242 Broad Street, Rome, *in Floyd County.*

*Judgment affirmed.   Felton, C. J., and Whitman, J., concur.*

SUBMITTED SEPTEMBER 3, 1968—DECIDED OCTOBER 16, 1968.

*Clary & Kent, Horace T. Clary, Jackson B. Harris,* for appellant.

*Robert G. Walther, Solicitor General,* for appellee.